Argued and submitted May 29, convictions affirmed; remanded for resentencing July 22, petition for review denied September 29, 1998 (327 Or 554)

## STATE OF OREGON,
*Respondent,*

*v.*

## BRIAN KEITH REDMOND,
*Appellant.*

(940935853, 941137768;
CA A88517 (Control), A88518)
(Cases Consolidated)

963 P2d 743

Sally L. Avera, Public Defender, and Eric Johansen, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals from a judgment convicting him of seven counts of rape in the first degree, two counts of kidnapping in the first degree, two counts of sex abuse in the first degree, and one count of sodomy in the first degree.

The state concedes, and we agree, that the trial court erred in sentencing defendant pursuant to ORS 137.635 on several of his convictions because defendant lacked the necessary qualifying convictions that trigger application of that statute. *See State v. Weikert*, 145 Or App 263, 929 P2d 1070 (1996), *rev den* 325 Or 45 (1997); *State v. Allison*, 143 Or App 241, 923 P2d 1224, *rev den* 324 Or 487 (1996). Defendant's remaining assignments of error do not merit discussion.

Convictions affirmed; remanded for resentencing.